HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> vs.<br><br>TRENT JESMER,<br><br>  Defendant. | Cause No.  22-209 JCC<br><br>**ORDER SETTING NEW TRIAL DATE** |

 THE COURT having previously permitted the Defendant to withdraw his guilty plea, has considered Defendant's motion to set a new trial date beyond the speedy trial time limit set forth in Title 18 United States Code § 3161(c)(1). Defense Counsel has indicated by way of his motion that he requires additional time to prepare the case for trial. The Government has indicated that it will not oppose this request. The Court has indicated that it will be available on June 1, 2026; to try the case and the parties have agreed to that date. Based upon Defense

ORDER SETTING NEW TRIAL DATE - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818

Counsel's motion, the Court finds that the ends of justice will be served by granting the Defendant's request, that the request is necessary to ensure Defense Counsel sufficient time for case preparation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

THE COURT further finds that the period of time from the order granting the Defendant's Motion to Withdraw his Guilty plea until two weeks beyond the new trial date of June 1, 2026, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(i) and (iv).

IT IS THEREFORE ORDERED that the trial date in this matter is continued **to June 1, 2026**, and the Pre-trial Motions due date is continued **to April 17, 2026**.

//

//

//

//

//

//

//

ORDER SETTING NEW TRIAL DATE - 2

**Gilbert H. Levy**
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

DONE this 24th day of September 2025

*[signature]*

HON. JOHN C. COUGHENOUR
U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

ORDER SETTING NEW TRIAL DATE - 3