UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRENT THOMAS JESMER,<br><br>Defendant | NO. CR22-209-JCC<br><br>[~~PROPOSED~~]<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion (**Dkt No 99**) for a Final Order of Forfeiture ("Motion") for the following property ("Subject Property"):

    a.    One Marlin Model 81-DL .22 caliber long rifle with a sawed-off butt stock, and any and all associated accessories and ammunition.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate for the following reasons:

    1.    On February 23, 2026, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853, and forfeiting the Defendant's interest in the Subject Property, Dkt. No. 97;

Final Order of Forfeiture - 1
*United States v. Jesmer,* CR22-209-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2.      Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. Nos. 44, 98), and sent direct notice, by means reasonably calculated to reach them, to two identified potential claimants, as required by Fed. R. Crim. P. Rule 32.2(b)(6)(A) and Supplemental Rule G(4)(b)(iii)–(v) of the Supplemental Rules for Certain Admiralty and Maritime Claims, *see* Declaration of AUSA Jehiel I. Baer in Support of Motion for a Final Order of Forfeiture ¶¶ 2–3, Exhibits A–B; and

3.      The time for filing third-party petitions has expired, and no such petitions were filed claiming an interest in the Subject Property.

NOW, THEREFORE, THE COURT ORDERS:

1.      No right, title, or interest in the Subject Property exists in any party other than the United States;

2.      The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3.      The United States Department of Justice, the Drug Enforcement Administration, and/or their representatives, are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

DATED this  24th day of June 2026.

THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
*United States v. Jesmer,* CR22-209-JCC

Presented by:

*s/Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Fax: 206-553-6934
Jehiel.Baer@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Jesmer,* CR22-209-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970